UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD KAMILCHU, | No. 2:21-cv-02245 DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On June 26, 2023, the court dismissed plaintiff's second amended complaint for failure to state a claim, and granted plaintiff thirty days to file a third amended complaint. (ECF No. 18.) On July 21, 2023, plaintiff filed a motion for extension of time to file a third amended complaint. (ECF No. 19.) He asks the court to extend the deadline to May 15, 2024, or until prison officials grant him access to a computer with a word processor. (Id. at 1.) He cites physical disabilities and health conditions that make it difficult for him to write, and states that prison officials denied his reasonable accommodation request for access to a computer. (Id. at 2.)

The court will grant in part and deny in part plaintiff's motion for extension of time. Plaintiff has not stated an adequate basis for extending the deadline by nine months. Plaintiff will be granted sixty days from the date of this order to file a third amended complaint. No further extensions of time will be granted for this purpose.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 19) is granted in part and denied in part;

2. Plaintiff is granted sixty days from the date of this order to file a third amended complaint; and

3. Absent extraordinary circumstances, no further extension of time will be granted for this purpose.

Dated:  July 28, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/kami2245.36amc(2)

2