UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KAMILCHU,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:21-cv-02245-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 24, 25) |

Plaintiff Edward Kamilchu is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action. (Doc. No. 25.) Specifically, plaintiff has failed to comply with the court's order dated June 26, 2023, in which plaintiff's second amended complaint was dismissed and plaintiff was directed to file a third amended complaint within thirty days. (Doc. No. 18.) Plaintiff requested and received two extensions of time in which to comply with the court's order, but plaintiff still did not timely file a third amended complaint as directed. (*See* Doc. Nos. 19–21, 23.) In addition, the magistrate judge recommended that plaintiff's request

/////

1

to stay this action (Doc. No. 24) be denied because plaintiff has not established a need for the requested stay.  (Doc. No. 25 at 3.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  The service copy of the pending findings and recommendations that were served on plaintiff at his address of record was returned to the court marked as "Undeliverable, Return to Sender, Paroled, Not Deliverable as Addressed."  Thus, plaintiff was required to file a notice of his change of address with the court no later than June 24, 2024 and failed to do so.  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 8, 2024 (Doc. No. 25) are adopted in full;
2. Plaintiff's request to stay this action (Doc. No. 24) is denied;
3. This action is dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE